**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date: October 8, 2026

| | | |
|---|---|---|
| MIGEL ANGEL AGUIRRE ONATE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-26-1403-SLP |
| | ) | |
| CHRIS GANTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 19] to three (3) business days after the objection is filed. *See* Fed. R. Civ. P. 72(b)(2).

By direction of Chief Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court

By: s/ Lori Gray
Deputy Clerk